

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0394-16

**JOE LEE BOWDEN, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FOURTEENTH COURT OF APPEALS
## HARRIS COUNTY

*Per curiam*.  HERVEY, J., not participating.

## O P I N I O N

Appellant was convicted of murder and sentenced life imprisonment.  In his third

issue on appeal, Appellant raised a constitutional challenge to the portion of court costs

which went to emergency radio infrastructure.  The court of appeals held that this issue was

waived because Appellant did not object to the court cost at trial.  *Bowden v. State*, No.

14-14-00955-CR (Tex. App.–Houston [14th Dist.], March 22, 2016).  Appellant petitioned

this Court for discretionary review.

When the Court of Appeals issued its opinion in this case, it did so without the benefit of this Court's recent opinion in *Ex parte London*, ___ S.W.3d ___; No. PD-0480-15 (Tex. Crim App. May 18, 2016). Therefore, we vacate the judgment of the Court of Appeals and remand for that court to consider the effect of *London*, if any, on its reasoning and analysis in this case.

Delivered: September 14, 2016
Do not publish